**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**RAYMOND J. TAHIR and ANN W. TAHIR,**<br><br>**DEBTORS.** | **CASE NO. 25-00222-5-PWM**<br><br>**CHAPTER 7** |
| **U.S. SMALL BUSINESS ADMINISTRATION,**<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**RAYMOND J. TAHIR,**<br><br>**DEFENDANT.** | **ADVERSARY PROCEEDING NO. 25-00134-5-PWM** |

**STIPULATION AND REQUEST FOR ENTRY OF STIPULATED JUDGMENT FOR NON-DISCHARGEABILITY OF DEBT OWED TO THE UNITED STATES**

Plaintiff United States of America (the "United States"), by and through the Acting United States Attorney for the Eastern District of North Carolina, on behalf of its agency, the U.S. Small Business Association (the "SBA"), and Raymond J. Tahir ("Mr. Tahir," and together with the United States, on behalf of the SBA, the "Parties"), hereby stipulate as follows and jointly request entry of a proposed stipulated judgment resolving this adversary proceeding:

1. The Parties acknowledge and agree that the United States, on behalf of the SBA, has filed or will file a complaint seeking to expect from discharge a certain

debt arising from a loan under the Economic Injury Disaster Loan ("EIDL") program issued pursuant to the Coronavirus, Aid, Relief and Economic Security Act (the "Cares Act"), Public Law No. 116-136.

2. The Parties acknowledge and agree that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 151 and 1334, and 11 U.S.C. § 523.

3. The Parties acknowledge and agree that venue is proper in the Eastern District of North Carolina pursuant to 28 U.S.C. § 1409.

4. The Parties acknowledge and agree that this adversary proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

5. The Parties acknowledge and agree that the SBA made an EIDL Loan, identified by SBA Loan No. XXXXXX7902, totaling approximately $78,400.00 to Mr. Tahir, in three installments on or around June 14, 2020, January 28, 2021, and October 21, 2021. Other than as stated below, the outstanding balance of principal and interest owed on SBA Loan No. XXXXXX7902 shall be subject to any discharge entered in Mr. Tahir's pending bankruptcy case.

6. The Parties acknowledge and agree that, notwithstanding any bankruptcy discharge, the United States shall have judgment against Mr. Tahir for a portion of SBA Loan No. XXXXXX7902 totaling $20,000.00. Interest shall accrue on this liability at the contract rate of interest, which is 3.75 percent per annum. Mr. Tahir shall pay this liability in regular monthly installments of $200.12, with the first payment due on or before August 1, 2025. Any balance of principal and interest

will be due in full on the date that is 120 months after the date of entry of this judgment. Mr. Tahir shall be permitted to pay the outstanding balance in full at any earlier time with no penalty. In the event Mr. Tahir fails to make any such payments, the SBA shall be entitled to any remedies authorized by the loan documents and applicable law, including (without limitation) all remedies available under the Federal Debt Collection Procedures Act and the Treasury Offset Program.

7. The Parties acknowledge and agree that the liability set forth above shall be expressly excepted from any bankruptcy discharge for Mr. Tahir pursuant to 11 U.S.C. § 523(a)(2)(A) and (B). This exception to discharge applies to the present bankruptcy case and any subsequently filed bankruptcy case and applies to any discharge under any chapter of Title 11 of the United States Code (the "Bankruptcy Code").

8. The Parties acknowledge and agree that nothing in the judgment releases or discharges any liability arising under Title 26, U.S. Code (the "Internal Revenue Code"), any criminal liability, or any other civil liability to the United States other than as expressly stated above.

9. The Parties jointly request entry of the proposed stipulated judgment filed contemporaneously herewith. Mr. Tahir expressly waives any service requirements or notice period and agrees to immediate entry of the proposed stipulated judgment

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

**[SIGNATURES ON FOLLOWING PAGE]**

**STIPULATED AND AGREED:**

**THE UNITED STATES OF AMERCIA, ON BEHALF OF THE U.S. SMALL BUSINESS ADMINISTRTION – PLAINTIFF**

**DANIEL P. BUBAR**
**Acting United States Attorney**

**By:** ______________________ **Date:** 6/30/25
**BENJAMIN J. HIGGINS**
**Assistant United States Attorney**
***Attorney for Plaintiff, United States of America***

**RAYMOND J. TAHIR – DEBTOR / DEFENDANT**

______________________ **Date:** 6/30/25
**JOHN G. RHYNE**
***Attorney for Debtor / Defendant***

______________________ **Date:** 6/23/25
**RAYMOND J. TAHIR**
***Debtor / Defendant***